# Caldwell v malagnaggi

On the  day of april, 2005 plaintiff Rahim R. Caldwell claims unconstitutional legal malpractice, misrepresntation, false representation, and negligence on defendant Carmen A. Malagnaggi, whom under 6th amendment right to effective counsel appointed by newfield municipal court to represent mr. Caldwell as a public defender.

Defendant Malignaggi violated said amendment unconstituionally by allowing Newfield Municipal Court without a finding of guilty on summons 2004 000007 to sentence  plaintiff Rahim R. Caldwell  to pay a fine of $175, court costs of $53, and $128 in other assessments including restituion, if ordered, totaling $356.  plaintiff also was hospitalized due to the unconstitutional actions of acting public defender Carmen A Malignaggi. As well as other constitutional rights being violated.

2-24-06

*Rahim R. Caldwell*

Rahim R. Caldwell
299 East Cornell St.
Vineland, NJ 08360



**To:** UNITED States District Court
P.O. Box 2797
Camden, NJ 08101

**adypost.**
U M E N T   M A I L E R