(Docket No. 11)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| RAHIM CALDWELL, | |
| Plaintiff, | Civil No. 06-922 (RBK) |
| v. | **ORDER** |
| CARMEN A. MALAGHAGGI, | |
| Defendant. | |

THIS MATTER having come before the Court upon a motion by Defendant Carmen A. Malaghaggi ("Defendant") for summary judgment[1] against pro se Plaintiff Rahim Caldwell ("Plaintiff") as to Plaintiff's negligence claims for Plaintiff's failure to file an affidavit of merit; and the Court having considered the moving papers and the opposition thereto; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY **ORDERED** that Defendants Motion to Dismiss Plaintiff's Complaint is **GRANTED.**

Dated: 7/17/2007        s/Robert B. Kugler
                        ROBERT B. KUGLER
                        United States District Judge

---

[1] The Court construes this motion as a motion to dismiss.

1